
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Wells Fargo Bank, National Association        :          **ORDER**
                                              :
                    Plaintiff,                :
          - against -                         :          23-CV-10796 (VM) (RWL)
                                              :
Bronx 741-743 Hunts Point Avenue L.P. et al   :
                                              :
                    Defendants.               :
------------------------------------------------------------X
Wells Fargo Bank, National Association        :
                                              :
                    Plaintiff,                :
          - against -                         :          23-CV-10822 (JGK) (RWL)
                                              :
Bronx 1202 Spofford Avenue L.P. et al         :
                                              :
                    Defendants.               :
------------------------------------------------------------X
Wells Fargo Bank, National Association        :
                                              :
                    Plaintiff,                :
          - against -                         :          23-CV-10826 (JGLC) (RWL)
                                              :
Bronx 1473-1479 Fulton Avenue L.P. et al      :
                                              :
                    Defendants.               :
------------------------------------------------------------X
Wells Fargo Bank, National Association        :
                                              :
                    Plaintiff,                :
          - against -                         :          23-CV-10832 (ER) (RWL)
                                              :
Bronx 1235 Morris Avenue L.P. et al           :
                                              :
                    Defendants.               :
------------------------------------------------------------X
Wells Fargo Bank, National Association        :
                                              :
                    Plaintiff,                :
          - against -                         :
                                              :          23-CV-10836 (VSB) (RWL)
Bronx 2224 Lyon Avenue L.P. et al             :
                                              :
                    Defendants.               :

1

```
---------------------------------------------------------------X
Wells Fargo Bank, National Association              :
                                                    :
                              Plaintiff,            :
              - against -                           :
                                                    :    23-CV-10841 (LJL) (RWL)
109 West 225 Street Realty LLC et al                :
                                                    :
                              Defendants.           :
---------------------------------------------------------------X
Wells Fargo Bank, National Association              :
                                                    :
                              Plaintiff,            :
              - against -                           :    23-CV-10844 (VEC) (RWL)
                                                    :
1103-1105 Sheridan Avenue Realty LLC et al          :
                                                    :
                              Defendants.           :
---------------------------------------------------------------X
Wells Fargo Bank, National Association              :
                                                    :
                              Plaintiff,            :
              - against -                           :    23-CV-10846 (JGLC) (RWL)
                                                    :
1081-1083 Sheridan Avenue Realty LLC et al          :
                                                    :
                              Defendants.           :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

All of the above captioned cases have been referred to me for general pretrial purposes and are hereby consolidated for all pretrial purposes unless otherwise ordered.

According to the status letter filed by Plaintiff's counsel on January 19, 2024, Plaintiff has filed a motion for appointment of receiver in each case, one of which has been granted, the others which remain at varying states of pendency. Accordingly:

1. For any of the cases in which Plaintiff's counsel has not yet served Defendant with motion papers for appointment of receiver. Plaintiff shall do so by February 5, 2024, and shall file an affidavit of service of same by February 7, 2024.

2. Any response to the motions shall be filed by February 15, 2024. Any reply shall be filed by February 20, 2024. If Defendant does not file any response by February 15, 2024, the Court will proceed to resolve the motion for appointment of a receiver.

3. The Court will set a hearing date if it determines that a hearing is necessary.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 29, 2024
　　　　New York, New York

Copies transmitted this date to all counsel of record.