```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Wells Fargo Bank, National Association     :        **ORDER**
                                           :
                  Plaintiff,               :
         - against -                       :        23-CV-10796 (VM) (RWL)
                                           :
Bronx 741-743 Hunts Point Avenue L.P. et al :
                                           :
                  Defendants.              :
------------------------------------------------------------X
Wells Fargo Bank, National Association     :
                                           :
                  Plaintiff,               :
         - against -                       :        23-CV-10822 (JGK) (RWL)
                                           :
Bronx 1202 Spofford Avenue L.P. et al      :
                                           :
                  Defendants.              :
------------------------------------------------------------X
Wells Fargo Bank, National Association     :
                                           :
                  Plaintiff,               :
         - against -                       :        23-CV-10826 (JGLC) (RWL)
                                           :
Bronx 1473-1479 Fulton Avenue L.P. et al   :
                                           :
                  Defendants.              :
------------------------------------------------------------X
Wells Fargo Bank, National Association     :
                                           :
                  Plaintiff,               :
         - against -                       :        23-CV-10832 (ER) (RWL)
                                           :
Bronx 1235 Morris Avenue L.P. et al        :
                                           :
                  Defendants.              :
------------------------------------------------------------X
Wells Fargo Bank, National Association     :
                                           :
                  Plaintiff,               :
         - against -                       :
                                           :        23-CV-10836 (VSB) (RWL)
Bronx 2224 Lyon Avenue L.P. et al          :
                                           :
                  Defendants.              :

1

```
------------------------------------------------------------X
Wells Fargo Bank, National Association          :
                                                :
                    Plaintiff,                  :
            - against -                         :
                                                :   23-CV-10841 (LJL) (RWL)
                                                :
109 West 225 Street Realty LLC et al            :
                                                :
                    Defendants.                 :
------------------------------------------------------------X
Wells Fargo Bank, National Association          :
                                                :
                    Plaintiff,                  :
            - against -                         :   23-CV-10844 (VEC) (RWL)
                                                :
1103-1105 Sheridan Avenue Realty LLC et al      :
                                                :
                    Defendants.                 :
------------------------------------------------------------X
Wells Fargo Bank, National Association          :
                                                :
                    Plaintiff,                  :
            - against -                         :   23-CV-10846 (JGLC) (RWL)
                                                :
1081-1083 Sheridan Avenue Realty LLC et al      :
                                                :
                    Defendants.                 :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By February 28, 2024, Plaintiffs shall serve interrogatories in each case designed to identify the citizenship of all relevant persons, other than Plaintiffs, for purposes of determining diversity jurisdiction.  Defendants shall answer the interrogatories by March 6, 2024.  By March 11, 2024, Plaintiffs shall file a letter with the Court addressing the implications of the interrogatory answers for diversity jurisdiction.  Any response from Defendants shall be filed by March 14, 2024.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 22, 2024
       New York, New York

Copies transmitted this date to all counsel of record.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 22, 2024
      New York, New York

Copies transmitted this date to all counsel of record.