```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
| | | |
|---|---|---|
| Wells Fargo Bank, National Association | : | **ORDER** |
| | : | |
| Plaintiff, | : | |
| - against - | : | 23-CV-10796 (VM) (RWL) |
| | : | |
| Bronx 741-743 Hunts Point Avenue L.P. et al | : | |
| | : | |
| Defendants. | : | |
------------------------------------------------------------X
| | | |
|---|---|---|
| Wells Fargo Bank, National Association | : | |
| | : | |
| Plaintiff, | : | |
| - against - | : | 23-CV-10822 (JGK) (RWL) |
| | : | |
| Bronx 1202 Spofford Avenue L.P. et al | : | |
| | : | |
| Defendants. | : | |
------------------------------------------------------------X
| | | |
|---|---|---|
| Wells Fargo Bank, National Association | : | |
| | : | |
| Plaintiff, | : | |
| - against - | : | 23-CV-10826 (JGLC) (RWL) |
| | : | |
| Bronx 1473-1479 Fulton Avenue L.P. et al | : | |
| | : | |
| Defendants. | : | |
------------------------------------------------------------X
| | | |
|---|---|---|
| Wells Fargo Bank, National Association | : | |
| | : | |
| Plaintiff, | : | |
| - against - | : | 23-CV-10832 (ER) (RWL) |
| | : | |
| Bronx 1235 Morris Avenue L.P. et al | : | |
| | : | |
| Defendants. | : | |
------------------------------------------------------------X
| | | |
|---|---|---|
| Wells Fargo Bank, National Association | : | |
| | : | |
| Plaintiff, | : | |
| - against - | : | 23-CV-10836 (VSB) (RWL) |
| | : | |
| Bronx 2224 Lyon Avenue L.P. et al | : | |
| | : | |
| Defendants. | : | |

1

```
------------------------------------------------------------X
Wells Fargo Bank, National Association          :
                                                :
                    Plaintiff,                  :
         - against -                            :
                                                :    23-CV-10841 (LJL) (RWL)
109 West 225 Street Realty LLC et al            :
                                                :
                    Defendants.                 :
------------------------------------------------------------X
Wells Fargo Bank, National Association          :
                                                :
                    Plaintiff,                  :
         - against -                            :
                                                :    23-CV-10844 (VEC) (RWL)
1103-1105 Sheridan Avenue Realty LLC et al      :
                                                :
                    Defendants.                 :
------------------------------------------------------------X
Wells Fargo Bank, National Association          :
                                                :
                    Plaintiff,                  :
         - against -                            :
                                                :    23-CV-10846 (JGLC) (RWL)
1081-1083 Sheridan Avenue Realty LLC et al      :
                                                :
                    Defendants.                 :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By March 20, 2024, Plaintiff shall submit an attorney declaration attesting to service of the interrogatories, attaching them as exhibits, and to Defendants' failure to respond, as described in Plaintiff's letter dated March 7, 2024.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 15, 2024
       New York, New York

Copies transmitted this date to all counsel of record.