USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF SBALR COMMERCIAL MORTGAGE 2020-RR1 TRUST, COMMERCIAL MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2020-RR1,<br><br>                              Plaintiff,<br><br>   - against -<br><br>BRONX 741-743 HUNTS POINT AVENUE L.P., BRONX 801 FREEMAN STREET L.P., ISAAC KASSIRER, ELMAX BUILDERS SUPPLY LLC, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD and NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES,<br><br>                              Defendants. | 23 Civ. 10796 (VM)<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the proposed order filed by Plaintiff on March 27, 2024. (Dkt. No. 33.) Plaintiff is hereby directed to file a motion for the relief requested (the "Motion"), indicating whether Defendants take a position as to the requested relief. If Defendants object to the requested relief, Defendants shall respond within three (3) days of the filing of the Motion.

**SO ORDERED.**

Dated:    29 March 2024
             New York, New York

_____
Victor Marrero
U.S.D.J.